UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE

| | | |
|---|---|---|
| SHAYNE C. TACKETT, | ) | Case No.: C18-1615 TSZ |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| Defendant | ) ) ) | |

Plaintiff's unopposed motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, docket no. 13, is GRANTED, and EAJA attorney's fees of $6,138.35 are AWARDED to Plaintiff. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), if it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Tha Win, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at 606 Maynard Ave. South, Suite 201, Seattle, WA 98104.

Dated this 18th day of December 2019.

Thomas S. Zilly
United States District Judge

ORDER - 1

Presented by:

By: s/_____
Tha Win Attorney #23217
606 Maynard Avenue South
Suite 201
Seattle, WA 98104
Telephone: (206) 903-0289
Fax: (206) 720-9710
E-mail: thawinlaw@yahoo.com
Attorney for Plaintiff